Michael Kind, Esq.
Nevada Bar No.: 13903
**Kind Law**
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
(702) 337-2322
(702) 329-5881 (fax)
mk@kindlaw.com
*Attorney for Plaintiff Edith Wilson*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Edith Wilson,<br><br>          Plaintiff,<br><br>  v.<br><br>Jim Marsh American Corporation dba Jim Marsh Kia,<br><br>          Defendant. | Case No.: 2:21-cv-01276-JCM-EJY<br><br>**Stipulation of dismissal of Jim Marsh American Corporation dba Jim Marsh Kia with prejudice** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Edith Wilson and Jim Marsh American Corporation dba Jim Marsh Kia stipulate to dismiss Plaintiff's claims against Jim Marsh American Corporation dba Jim Marsh Kia with prejudice.

///

///

///

STIPULATION                           - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 28, 2021.

**KIND LAW**

/s/ Michael Kind
Michael Kind, Esq.
8860 South Maryland Parkway, Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff Edith Wilson*

**GALLAGHER LAW FIRM**

/s/ Kathleen Gallagher
Kathleen Gallagher, Esq.
1850 E Sahara Ave Ste. 107
Las Vegas, Nevada 89104

**GALLAGHER LAW FIRM**

/s/ Keith Gallagher
Keith Gallagher, Esq.
1850 E Sahara Ave Ste. 107
Las Vegas, Nevada 89104
*Counsel for Jim Marsh American Corporation dba Jim Marsh Kia*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: October 18, 2021

STIPULATION                                          - 2 -